FILED

JUN 10 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-10235 |
| Plaintiff - Appellee, | D.C. No. 2:08-cr-00061-FCD |
| v. | |
| JOSE MARIA-JUAREZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of California
Frank C. Damrell, District Judge, Presiding

Submitted May 25, 2010[**]

Before:    CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

Jose Maria-Juarez appeals from the 70-month sentence imposed following

his guilty-plea conviction for being a deported alien found in the United States, in

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

violation of 8 U.S.C. § 1326(a).  We have jurisdiction under 28 U.S.C. § 1291.  We

affirm, but remand to correct the judgment.

Maria-Juarez contends that the district court procedurally erred at sentencing

by (1) refusing to consider imposing a lower sentence in order to achieve parity

with fast-track defendants; (2) treating the Sentencing Guidelines as mandatory;

and (3) failing to adequately explain the sentence.  The record indicates that the

district court did not procedurally err.  *See United States v. Carty*, 520 F.3d 984,

994-96 (9th Cir. 2008) (en banc); *see also United States v. Gonzalez-Zotelo*, 556

F.3d 736, 739-41 (9th Cir. 2009).

Maria-Juarez also contends that his sentence is substantively unreasonable in

light of his mitigating personal circumstances and the age of the prior conviction

that was the basis for a 16-level enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(ii).

The record reflects that the 70-month sentence is substantively reasonable in light

of the totality of the circumstances.  *See Gall v. United States*, 552 U .S. 38, 51-52

(2007); *cf. United States v. Amezcua-Vasquez*, 567 F.3d 1050, 1055-56 (9th Cir.

2009).

In accordance with *United States v. Rivera-Sanchez*, 222 F.3d 1057, 1062

(9th Cir. 2000), we remand with instructions that the district court delete from the

judgment the incorrect reference to 8 U.S.C. § 1326(b).  *See United States v.*

*Herrera-Blanco*, 232 F.3d 715, 719 (9th Cir. 2000) (remanding to delete the reference to § 1326(b) because it is a sentence enhancement and not a separate punishable offense).

Maria-Juarez's motion for judicial notice is denied.

**AFFIRMED; REMANDED to correct the judgment.**